IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DEBORAH S. KEAHL,**

    **Plaintiff,**
v.                                              CASE NO.  4:13cv662-MW/GRJ

**DR. AARON APPIAH,**
**et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.21, filed August 6, 2014, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 22, filed August 25, 2014.  Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.  Defendant's Motion to Dismiss, ECF No. 17, is **GRANTED** due to Plaintiff's failure to exhaust administrative remedies, and this

1

cause is **DISMISSED WITHOUT PREJUDICE**.  The Clerk shall close the file.

    **SO ORDERED on August 27, 2014.**

                                        <u>s/Mark E. Walker            </u>
                                          **United States District Judge**